LAURA PARK COLBY, Respondent, v. WILLIAM P. WYNNE, Appellant.— Judgment and order affirmed, with costs. All concur, except Sears, P. J., and Crosby, J., who dissent and vote for reversal on the facts and for granting a new trial

---

* Affd., 262 N. Y. 569.

on the grounds, *first*, that the wrong measure of damages was adopted, and *second*, that the damages were grossly excessive upon any theory.